UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:13-cv-10977-MLW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THOMAS ABATE,

          Plaintiff,

v.

NEW YORK COMMUNITY SAVINGS
BANK/OHIO SAVINGS BANK,[1]

          Defendant,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S MOTION TO AMEND CASE CAPTION

NOW COMES, Defendant, New York Community Bank ("NYCB"), by and through its attorneys Doonan, Graves, & Longoria, L.L.C., and hereby moves the Court for an Order allowing the NYCB to amend the case caption to accurately reflect the correct name of the Defendant. In support of this action, NYCB states:

1. The summons and restraining order incorrectly named New York Community Savings Bank/Ohio Savings Bank, as Defendant.

2. Mortgage Electronic Registration Systems, Inc., as nominee for Ohio Savings Bank, executed an Assignment of Mortgage to New York Community Bank on August 29, 2012, recorded September 17, 2012, at the Suffolk County Registry of Deeds in Book 50176, Page 195. *See* Exhibit A (a true and correct copy of the New York Community Bank Assignment is attached hereto and incorporated herein).

WHEREFORE, New York Community Bank respectfully requests that this Court grant an Order allowing the amendment of the case caption.



ALLOWED
Way. DJ
Oct. 24, 2013

1

Dated: April 22, 2013                                           New York Community Bank

                                                                By its attorneys,
                                                                Doonan Graves, & Longoria, LLC

                                                                /s/ Reneau J. Longoria
                                                                Reneau J. Longoria, Esq. (BBO #635118)
                                                                John A. Doonan, Esq. (BBO #54644)
                                                                Stephen M. Valente, Esq. (BBO #663118)
                                                                100 Cummings Center, 225D
                                                                Beverly, MA 01915
                                                                Tel: (978) 921-2670

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 23, 2013.

                                                                /s/Reneau J. Longoria
                                                                Reneau J. Longoria, Esq.

---

[1] The Defendant is incorrectly named in the caption. The Defendant is New York Community Bank.

Bk: 50176 Pg: 195



2012 00092963
Bk: 50176 Pg: 195   Doc: AST
Page: 1 of 2   09/17/2012 09:38 AM

# MASSACHUSETTS
COUNTY OF *SUFFOLK (REC)*
LOAN.NO

POOL.NO

PREPARED BY:
SECURITY CONNECTIONS
WHEN RECORDED MAIL TO:
*SECURITY CONNECTIONS, INC.*
*240 TECHNOLOGY DR.*
*IDAHO FALLS, ID 83401*
*ATTN*

Assignment-Interv.-Recorded
## ASSIGNMENT OF REAL ESTATE MORTGAGE

For value received, *Mortgage Electronic Registration Systems, Inc. as nominee for Ohio Savings Bank, its successors and assigns,*

located at *P.O. BOX 2026, FLINT, MI 48501-2026*
hereby acknowledged, does hereby sell, assign, transfer, set over, grant, and convey without representation, recourse or warranty, express or implied by and between assignor and *New York Community Bank*

located at *1801 E. Ninth Street   Cleveland, OH 44114*

its successors and assigns forever, that certain mortgage executed by *THOMAS E ABATE INDIVIDUALLY*
to *MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR OHIO SAVINGS BANK ITS SUCCESSORS AND ASSIGNS*

dated *DECEMBER 29, 2005* and recorded on *JANUARY 11, 2006* in the Land Registration and Registry of Deeds for *SUFFOLK* County, Massachusetts, in Mortgage Book *38844* Page *144* and Instrument No. *2006 00003925*.

Property Address:   238 PROCTOR AVE REVERE, MA 02151   Attested hereto

Francis M. Roache
Register of Deeds

Loan No.
J=OS
P=S
MIN
MERS PHONE: 1-888-679-6377
(NMRI.MA)   Page 1 of 2


EXHIBIT A

Bk: 50176 Pg: 196

LOAN NO █████

TOGETHER with all rights accrued or to accrue under said Mortgage.

Dated  8-29-12

In Witness Whereof, **Mortgage Electronic Registration Systems, Inc. as nominee for Ohio Savings Bank, its successors and assigns**

caused these presents to be signed by  Paula Lechulmer
its  Assh Secretary                              and _____
its _____.

this  29  day of  Aug , 2012 .

　　　　　　　　　　　　　　　　　　　　Mortgage Electronic Registration Systems, Inc. as
　　　　　　　　　　　　　　　　　　　　nominee for Ohio Savings Bank, its successors and
　　　　　　　　　　　　　　　　　　　　　　　　　　　　assigns

_____          BY  Sarah Salupo
Witness  Brian Pfaffenberger
         Pre-Foreclosure                   Sarah Salupo
         Prop Preservation Supervisor       Assistant Socrotary


_____          BY _____
Witness

STATE OF  Ohio                    )
                                  ) ss
COUNTY OF  Cuyahoga               )

On  8-29-12              , before me,  Andrea Geiger
personally appeared  Sarah Salupo
and _____ personally
known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) who executed the within instrument as
     Asst. Sec.              and _____
on behalf of the corporation therein named and acknowledged to
me that the corporation executed it.

_Andrea Guig_                      ANDREA GEIGER
NOTARY PUBLIC                      NOTARY PUBLIC
                                   STATE OF OHIO
                                   Recorded in
                                   Cuyahoga County
                                   My Comm. Exp. 3/15/17

C=S. ████                MIN ████        MERS PHONE: 1-888-679-6377
P=S. ████                J=OS ████
(NMRI.MA.2)              Page 2 of 2